UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOSÉ LÉON GONZÁLEZ<br>      Fed. Reg. No. 59761-079<br>aka JOSÉ LÉON GONZÁLEZ-LONGORIA<br>VS.<br><br>FREDRICK MENIFEE, WARDEN | CIVIL ACTION NO. 07-1300<br><br>SECTION P<br><br>JUDGE DRELL<br><br>MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because petitioner has failed to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 27th day of February, 2008.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**